UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

TERESSA ABAFFE,           )
                          )
    PLAINTIFF,            )
                          )
VS.                       )     CIVIL ACTION NO. 08-1104
                          )
                          )
NCO FINANCIAL SYSTEMS INC.)
    DEFENDANT.            )

*So Ordered*

[signature] 10/7/08

## STIPULATION FOR DISMISSAL

It is hereby stipulated by and between plaintiff, Teressa Abaffe, and defendant, NCO Financial Systems, Inc. that all claims and causes of action against NCO Financial Systems, Inc., as set forth in Plaintiff's Complaint, shall be dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

Respectfully submitted,

**THE SWANEY LAW FIRM**

/s/ Robert T. Healey
Robert T. Healey
EDMO # 3356; Missouri Bar #34138
Attorney at Law
3460 Hampton, Suite 205
St. Louis, MO 63139
rhealey@swaneylawfirm.com
telephone: (314) 481-7778
fax: (314) 481-8479